IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| POLICE OFFICER MCGORRY, et al., | : NO. 14-6095 |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 31st day of August, 2016, upon consideration of the plaintiff's motion for summary judgment (Doc. No. 40) and the City of Philadelphia's response (Doc. No. 46), **IT IS HEREBY ORDERED** that:

1. The plaintiff's motion for summary judgment (Doc. No. 40) is **DENIED**.

2. An in-person pretrial conference is scheduled for **October 19, 2016 at 2:00 p.m.** in Courtroom 14B of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] In the interest of efficiency, I have scheduled this in-person pretrial conference for the same time as the in-person pretrial conference in civil action number 14-6094, Talbert v. Farrell.